UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Joel Aaron Silberman
50 Kirkbride Drive
Danville PA 17821
(Enter above the full name of plaintiff in this action)

v.

President-elect Donald Trump
United States White House
Washington DC 20015
(Enter above the full name of the defendant(s) in this action)

CIVIL CASE NO: 4:24-cv-1970
(to be supplied by Clerk of the District Court)

FILED
HARRISBURG, PA
NOV 15 2024
PER ___JBn___
DEPUTY CLERK

## COMPLAINT

1. The plaintiff Joel Aaron Silberman a citizen of the County of Montour State of Pennsylvania, residing at 50 Kirkbride Drive Danville PA 17821 wishes to file a complaint under VAME And Sociurity Repeal Act (give Title No. etc.)

2. The defendant is Donald Trump

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) I Formally Under

3. (CONTINUED) Presence of law wish to Return All Funds to the U.S. monetary Fund And Further wish to utilize the social security And veterans disability Repeal Act. I further charge it base more benefit to my mind and body being sentenced to commitment Having been hit in the head by inmates over 35 times since 2020. I further wish to return All Funds to the U.S. Monetary Fund. My last will And testament Against Keystone Guardianship keeping my Fund is that they Don't Act in my behalf Any longer. I wish to enter the Priesthood or Deacon Ship And have the catholic Church pick up my Bills Here As I Remain At Danville State Hospital.

4. WHEREFORE, plaintiff prays that Return All Funds to the U.S. monetary Fund. Seek Restraining order Against All Former And Future Inmates And Staff At Danville State Hospital. And No longer consider me disabled under U.S. Repeal Act [ veterans And social security Act ] Please God I pray that I may Become An priest or Deacon of the catholic church Contact me At 570-271-4500 ward 212 Joel Aaron Silberman

(Signature of Plaintiff)

Danville State Hospital
50 Kirkbride Dr
Danville, PA 17821

HARRISBURG PA 171
12 NOV 2024 PM
FIRST-CLASS

Please post to Addressee
U.S. District Court
Middle District of PA
1501 North 6th St
Harrisburg PA 17102

ZIP 17821
02 7H
000610 2741
US POSTAGE M: PITNEY BOWES
$ 000.97⁰
NOV 12 2024

RECEIVED
HARRISBURG, PA
NOV 15 2024
PER _____
DEPUTY CLERK